IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARCO ANTONIO TORRES RUBIO                                     PLAINTIFF

v.                              Civil No. 08-5011

JAIL DOCTOR; and
DR. HUSKINS                                                    DEFENDANTS

## ORDER

Dr. Huskins has been identified as the jail doctor, added as a defendant, and served. The

**court clerk is directed to note on the docket sheet that the jail doctor and Dr. Huskins are the**

**same defendant and the jail doctor should be terminated as a separate defendant.**

IT IS SO ORDERED this 20th day of January 2009.

/s/ *J. Marschewski*

HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-